■ In the Matter of Luis Santos, Petitioner, v Gale McGuane, as Superintendent of Adirondack Correctional Facility, Respondent. [764 NYS2d 223] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Essex County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this proceeding challenging a determination finding him guilty of violating the prison disciplinary rule against making threats. The Attorney General has advised this Court by letter that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he

is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Johnson v Goord*, 291 AD2d 772, 773 [2002]).

Mercure, J.P., Spain, Carpinello, Lahtinen and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.